UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DARREN ALLGOOD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:02-cv-1077-DFH-TAB |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiffs' Motion to Strike Defendant's Reply in Support of General Motors'
Alternative Motions Against Plaintiffs' Demand for Medical Monitoring Damages
(Docket No. 203) is granted.  The Reply in Support of General Motors' Alternative
Motions Against Plaintiffs' Demand for Medical Monitoring Damages (Docket No.
197, filed on December 7, 2004) is stricken.

Defendant filed one motion seeking a decision as to whether plaintiffs could
recover medical monitoring damages under Indiana law.  That single motion
proposed three alternative procedural routes toward the same goal, citing Rules
12(b)(6), 12(c), and 56 of the Federal Rules of Civil Procedure.  In this particular
instance, the use of the three rules makes little difference because the defendant's
legal argument is the same regardless of which rule's legal standard applies.
Defendant contends that without proof of present physical injury from exposure

to PCBs, Indiana courts simply would not recognize a claim for medical monitoring costs.   If the use of such alternative arguments or devices were sufficient to double or triple the briefing limits in the court's local rules, those limits would be useless.  The limits are in fact essential mechanisms for keeping the presentation of arguments focused on the points critical to the court's decision.  Defendant's suggestion that it should be entitled to file a reply brief twice as long as its opening brief is not persuasive.

Defendant is granted leave to file a reply in support of General Motors' Alternative Motions Against Plaintiffs' Demand for Medical Monitoring Damages. If General Motors Corporation elects to file a reply brief, the brief must be filed **on or before noon on September 7, 2005** and shall consist of no more than 20 pages.

So ordered.

Date: August 30, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William Bock III
KROGER GARDIS & REGAS
wb@kgrlaw.com

Reynolds B. Brissenden
KROGER GARDIS & REGAS
rbb@kgrlaw.com

Gregory P. Cafouros
KROGER GARDIS & REGAS, LLP
gpc@kgrlaw.com

Martin Czinczel Calhoun
SPRIGGS & HOLLINGSWORTH
mcalhoun@spriggs.com

Elizabeth L. Crooke
ENGSTROM LIPSCOMB & LACK
bcrooke@elllaw.com

Bruce A. Featherstone
FEATHERSTONE DESISTO
bfeatherstone@featherstonelaw.com

Robert William Finnerty
GIRARDI & KEESE
rfinerty@girardikeese.com

Thomas Vincent Girardi
GIRARDI & KEESE
tgirardi@girardikeese.com

Jay P. Kennedy
KROGER GARDIS & REGAS
jpk@kgrlaw.com

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

Brian J. Leinbach
ENGSTROM LIPSCOMB & LACK
bleinbach@elllaw.com

John F McCauley
MCTURNAN & TURNER
jfm@mtlitig.com

Lee B. McTurnan
MCTURNAN & TURNER
lmcturnan@mtlitig.com

Ignacia S. Moreno
SPRIGGS & HOLLINGSWORTH
imoreno@spriggs.com

Frank C. Porada
FEATHERSTONE DESISTO LLP
fporada@featherstonelaw.com

Traci Meakem Richmond
SPRIGGS & HOLLINGSWORTH
trichmond@spriggs.com

Carrie J. Rognlien
GIRARDI & KEESE
crognlien@girardikeese.com

David E. Wright
KROGER GARDIS & REGAS
dew@kgrlaw.com