UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARREN ALLGOOD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:02-cv-1077-DFH-TAB |
| ) | |
| GENERAL MOTORS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

ENTRY ON STATUS CONFERENCE

The court conferred with counsel for all parties on Friday, April 14, 2006, regarding several pending matters. The court now memorializes its rulings on matters addressed in the conference.

Defendant's motion to continue the trial set for June 19, 2006 (Docket No. 444) is granted, particularly in light of the volume and complexity of the pending summary judgment and expert witness motions, as well as the delay in plaintiffs' development of the expert witness discovery. The final pretrial conference set for Friday, June 9, 2006, is also continued. The court will set a new trial date and final pretrial date after further consideration of the other pending motions.

Defendant's motion to bifurcate consideration of plaintiffs' motion to compel (Docket No. 446) is granted in part and denied in part. At the hearing scheduled for May 11, 2006, the court plans to address the motion to compel with respect

to the documents submitted *in camera*. Defendant may supplement its claims to privilege for those documents **no later than May 3, 2006**. Plaintiffs may file a further reply **no later than noon on May 10, 2006**. Plaintiffs' motion to compel is denied to the extent it seeks relief beyond those documents submitted *in camera*. Plaintiffs' long delay in pursuing the motion to compel weighs against a late and more general re-opening of extensive discovery matters.

At the hearing now scheduled for May 11, 2006, the court will hear oral argument on the pending *Daubert* motions and motions for summary judgment. The court expects that no more than 30 minutes per side per motion should be sufficient for the parties to be heard. Defendant's motion for an evidentiary hearing on the *Daubert* motions (Docket No. 416) is denied. The existing record appears to be sufficient to address those motions without subjecting the witnesses to still further interrogation at this time.

Defendant's objections to the magistrate judge's order addressing the original expert witness reports (Docket No. 230) are overruled. The passage of time and the further development of the case, including the requested continuance of the June 19, 2006 trial date, have been sufficient to protect defendant from undue prejudice resulting from the initial delays and problems plaintiffs had in complying with their obligations for expert witness discovery. At this point, the interest in deciding issues on their merits weighs substantially in favor of upholding Magistrate Judge Hussmann's approach to addressing the

consequences of plaintiffs' failures and delays, as opposed to the more punitive approach urged by defendant, which would effectively decide the case in favor of defendant as a sanction for those failures and delays.

So ordered.

Date:  April 17, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William Bock, III
KROGER GARDIS & REGAS
wb@kgrlaw.com

Reynolds B. Brissenden
KROGER GARDIS & REGAS
rbb@kgrlaw.com

Gregory P. Cafouros
KROGER GARDIS & REGAS, LLP
gpc@kgrlaw.com

Martin Czinczel Calhoun
SPRIGGS & HOLLINGSWORTH
mcalhoun@spriggs.com

Elizabeth L. Crooke
ENGSTROM LIPSCOMB & LACK
bcrooke@elllaw.com

Andrew Rudolph Falk
KROGER GARDIS & REGAS
arf@kgrlaw.com

Bruce A. Featherstone
FEATHERSTONE DESISTO
bfeatherstone@featherstonelaw.com

Robert William Finnerty
GIRARDI & KEESE
rfinnerty@girardikeese.com

Douglas W. Gilfillan
KING & SPALDING LLP
dgilfillan@kslaw.com

Thomas Vincent Girardi
GIRARDI & KEESE
tgirardi@girardikeese.com

Jay P. Kennedy
KROGER GARDIS & REGAS
jpk@kgrlaw.com

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

Walter J. Lack
ENGSTROM LIPSCOMB & LACK
wlack@elllaw.com

Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
klatimer@spriggs.com

Brian J. Leinbach
ENGSTROM LIPSCOMB & LACK
bleinbach@elllaw.com

Frank Leone
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

John F. McCauley
MCTURNAN & TURNER
jfm@mtlitigation.com

Lee B. McTurnan
MCTURNAN & TURNER
lmcturnan@mtlitigation.com

Ignacia S. Moreno
SPRIGGS & HOLLINGSWORTH
imoreno@spriggs.com

W. Ray Persons
KING & SPALDING LLP
rpersons@kslaw.com

Frank C. Porada
FEATHERSTONE DESISTO LLP
fporada@featherstonelaw.com

Traci Meakem Richmond
SPRIGGS & HOLLINGSWORTH
trichmond@spriggs.com

-6-

Carrie J. Rognlien
GIRARDI & KEESE
crognlien@girardikeese.com

Sydney L. Steele
KROGER GARDIS & REGAS
sls@kgrlaw.com

David E. Wright
KROGER GARDIS & REGAS
dew@kgrlaw.com

-6-